IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**  09-cv-00405-JLK-MEH          **FTR – Courtroom C203**
**Date:**   October 13, 2009                                        Cathy Coomes, Courtroom Deputy

NICK LYNCH,                                                            Robert Mark Liechty

    Plaintiff,

v.

ADAM BARRETT,                                                    John Milton Eckhardt
ABBEGAYLE DORN, and                                       L. Douglas Jewell
JUSTIN KENNEDY,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:**     9:37 a.m.

The Court calls case.  Appearances of counsel.

Discussion regarding the status of the case and Plaintiff's Motion for Leave to File Amended Complaint (Doc. #24, filed 9/24/09).

**ORDERED:**  1.  A Settlement Conference is set for **March 1, 2010, at 10:00 a.m.** Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.  In exceptional circumstances only, the appearance of the insurance representative by telephone may be approved in advance of the conference. Any party seeking such relief should file the appropriate motion with the Court. Each party shall submit a Confidential Settlement Statement  to Magistrate Judge Hegarty **on or before February 22, 2010,** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

    2.  Plaintiff's Motion for Leave to File Amended Complaint (Doc. #24, filed 9/24/09) is **GRANTED.**  The Court directs the Clerk of the Court to enter the Amended Complaint and Jury Demand located at Docket #24-2.

**Court in recess:**  9:43 a.m.  (Hearing concluded)
Total time in court:  0:06