UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-0405-JLK-MEH**

**NICK LYNCH,**

    Plaintiff,

v.

**ADAM BARRETT, SGT. KENFIELD, ERIC GOLLADAY, and MICHAEL MORELOCK,**

    Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane ORDERS

    This matter is currently before me on Defendants' Motion for Leave to File Reply in Support of Defendants' Objections to Recommendation on Defendants' Motion for Summary Judgment, Doc. 82. Defendants' seem to be under the impression that their objections to Magistrate Judge Hegarty's ruling were timely filed on June 28, 2010. Although Defendants did in fact file their objections on June 28, 2010, this filing was not timely.

    The parties had fourteen days from service of Magistrate Judge Hegarty's recommendation to serve and file written objections in order to obtain my reconsideration. Fed. R. Civ. P. 72. Magistrate Judge Hegarty's recommendation was served on June 9, 2010. By my calculation, the parties had until midnight on June 23, 2010, to file any written objections. *See* Fed. R. Civ. P. 6 (Specifying the methodology for computing time periods). Plaintiffs did so, filing a written objection on June 14, 2010. Defendants, however, filed their written objection

June 28, 2010 – well after the expiration of the fourteen day deadline.

This error notwithstanding, I am willing to consider the Defendants' written objections if they are able to show good cause for their delay in filing.  Defendants shall have until July 27, 2010, to make such showing.

---

DATED:  July 20, 2010