IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No.: 09-cv-00405-JLK-MEH

NICK  LYNCH,

      Plaintiff,

v.

ADAM BARRETT,
SGT. KENFIELD,
ERIC GOLLADAY, and
MICHAEL MORELOCK,

      Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF
## EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall

retain custody of their respective exhibits and depositions until such time as all need for

the exhibits and depositions has terminated and the time to appeal has expired or all

appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 3rd day of February 2011.

BY THE COURT:

John L. Kane, Senior Judge

Counsel for Plaintiff

Counsel for Defendants