IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-405-JLK**

**NICK LYNCH**,

       Plaintiff,

v.

**ADAM BARRETT,**
**SGT. KENFIELD**
**ERIC GOLLADAY, and**
**MICHAEL MORELOCK,**

       Defendants.

## ORDER OF RECUSAL

Kane, J.

I find that I must recuse in this case, and therefore direct the Clerk's Office to assign another judge by random draw.

Dated this 14th day of February, 2011.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court