IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00405-MSK-MEH

NICK LYNCH,

    Plaintiff,

v.

ADAM BARRETT,
SGT. KENFIELD,
ERIC GOLLADAY, and
MICHAEL MORELOCK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2011.**

    Plaintiff's Motion for Leave to File Second Amended Complaint [filed February 10, 2011; docket #122] is **denied without prejudice**. The Tenth Circuit "has repeatedly and unequivocally held that, '[o]nce judgment is entered, the filing of an amended complaint is not permissible until judgment is set aside or vacated pursuant to Fed. R. Civ. P. 59(e) or 60(b).'" *The Tool Box, Inc. v. Ogden City Corp.*, 419 F.3d 1084, 1087 (10th Cir. 2005). Judge Kane granted Defendants' Oral Motion as a Matter of Law under Rule 50 on February 3, 2011, and dismissed Plaintiff's case. (Docket #120.) The Clerk of Court entered a Final Judgment on the docket memorializing Judge Kane's decision on February 14, 2011. (Docket #123.) To date, Plaintiff has not filed a motion under Rule 59(e) or 60(b), thus the motion to amend under Rule 15(a) is not justiciable, pursuant to the Tenth Circuit's jurisprudence on postjudgment amendment.